IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-719-FL

| | | |
|---|---|---|
| KIMBERLY ANN REATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WALNUT TRACE LLC and UNITED | ) | |
| STATES COURT OF APPEALS FOR THE | ) | |
| FOURTH CIRCUIT, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court for review of plaintiff's amended complaint (DE 9) pursuant to 28 U.S.C. § 1915(e) and plaintiff's motion to vacate, set aside, or correct (DE 12). United States Magistrate Judge Robert T. Numbers, II entered a memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiff's complaint be dismissed (DE 10). Plaintiff timely filed objections to the M&R.

The district court reviews de novo those portions of a magistrate judge's M&R to which specific objections are filed. 28 U.S.C. § 636(b). The court does not perform a de novo review where a party makes only "general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendations." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982). Upon careful review of the record, "the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The magistrate judge recommends dismissal of plaintiffs' complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), on the basis that the claims against defendant United States Court of Appeals for the Fourth Circuit are barred by sovereign immunity. With respect to remaining state law claims, the magistrate judge recommends that the court decline to exercise supplemental jurisdiction over such claims. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error.

Plaintiff's objections, meanwhile, are not responsive to the M&R. They do not engage with the magistrate judge's reasoning. Plaintiff merely states that "material facts are still in question" and makes nonsensical statements such as she is "not perpetrator (sovereign citizen)" and "the violation of civil rights, civil liberties and pursuit of happiness." (DE 11 at 2). Likewise, plaintiff's statements that her previous dismissal "does not constitute a strike" and that she alleges "imminent danger of serious physical injuries" are unresponsive to the analysis in the M&R. (Id. at 3). These objections provide no basis for the court to reject the M&R.

The court hereby ADOPTS the recommendation of the magistrate judge as its own, and plaintiff's claims against defendant United States Court of Appeals for the Fourth Circuit are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). The court declines to exercise supplemental jurisdiction over the remaining claims and such claims are DISMISSED without prejudice to refiling in state court. Plaintiff's motion to vacate (DE 12) is DENIED.

SO ORDERED, this the 22nd day of July, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge

2